JIOVON ANONYMOUS, an Infant, by His Father and Legal Guardian, THOMAS ANONYMOUS, et al., Respondents, v CITY OF ROCHESTER et al., Appellants.

Submitted December 8, 2008; decided January 15, 2009

Motion to vacate stay denied. Motion for a preference granted. Cross motion for a stay dismissed as academic.

ARTS4ALL, LTD., Appellant-Respondent, et al., Plaintiff, v JUDITH L. HANCOCK, Respondent-Appellant and Third-Party Respondent. DANIEL Y.C. NG et al., Third-Party Defendants.

Submitted October 20, 2008; decided January 15, 2009

Motion by Arts4All, Ltd. to dismiss the appeal taken as of right by Hancock granted and the appeal dismissed, without costs, upon the ground that the two-Justice dissent is not on a question of law and no substantial constitutional question is directly involved. On the Court's own motion, appeal taken as of right by Arts4All dismissed, without costs, upon the ground that the two-Justice dissent is not on a question of law.